

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

Victor Birmingham, )
   Plaintiff, )
) CJ-2013-200
vs. ) Case No. CJ
)   FILED IN DISTRICT COURT
)   OKLAHOMA COUNTY
Met Life AUTOMOBILE )
INSURANCE COMPANY, )   JAN 10 2013
   Defendant. )
                            PETITION   TIM RHODES
                                          COURT CLERK

Plaintiff, for cause of action against Defendant, states:

(1) While Defendant, Met Life Automobile Insurance Company had in force its policy insuring Plaintiff for Uninsured/Underinsured Motorist Coverage, Plaintiff suffered serious injuries from a car wreck on May 18, 2011.

(2) The tort-feasor at fault in causing this wreck had inadequate liability insurance limits to pay the damages incurred as a result of the injuries Plaintiff suffered.

(3) Met Life Automobile Insurance Company has in bad faith refused to pay its policy limit.

**Wherefore**, Plaintiff prays judgment against Defendant in the amount of $25,000.00 on the contract claim, an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code on the tort claim, costs, and all other relief deemed appropriate by the court.

                                                      _____
                                                      Jessika Tate, OBA #22013
                                                      510 N. Sheridan Rd. Suite A
                                                      Tulsa, OK 74115
                                                      Telephone: (918) 805-3955
                                                      Facsimile: (918) 430-3516
**ATTORNEY'S LIEN CLAIMED**            E-mail: Jessika@jtatetulsalaw.com
                                                      Attorney for Plaintiff

EXHIBIT 2