# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICTOR BIRMINGHAM, | ) |
| Plaintiff, | ) |
| vs. | )   NO. CIV-13-0187-HE |
| METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE CO., | ) |
| Defendant. | ) |

## ADMINISTRATIVE CLOSING ORDER

The Court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 21st day of October, 2013.

JOE HEATON
UNITED STATES DISTRICT JUDGE