IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) VICTOR BIRMINGHAM,           )
                                 )
        Plaintiff,               )
                                 )
v.                               )      Case No. CIV-13-187-HE
                                 )
(1) METROPOLITAN GROUP PROPERTY  )
AND CASUALTY INSURANCE COMPANY,  )
                                 )
                                 )
        Defendant.               )

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

```
```

Respectfully submitted,

/s/ *Jessika Tate*
Jessika Tate, OBA #22013
510 N. Sheridan Road, Suite A
Tulsa, OK 74115
Telephone: 918-805-3955
Facsimile: 918-430-3516
Email: Jessika@jtatetulsalaw.com
***Attorney for Plaintiff***

~and~

*/s/ Barbara K. Buratti*
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
TimC@wcalaw.com
BarbaraB@wcalaw.com
***Attorneys for Defendant***
***Metropolitan Property and***
  ***Casualty Insurance Company***